UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE KHRIES,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

Case No. C17-1641RSL

ORDER DENYING MOTION TO DISMISS AS MOOT

      This matter comes before the Court on defendant's motion to dismiss, which was aimed at a pleading filed in state court. Plaintiff has since filed an amended complaint, to which defendant has answered. The motion to dismiss is therefore DENIED as moot.

      Dated this 15th day of December, 2017.

                                                    /s/ Robert S. Lasnik
                                                  Robert S. Lasnik
                                                  United States District Judge