UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE KHRIES,

    Plaintiff,

    v.

THE BOEING COMPANY,

    Defendant.

NO. C17-1641RSL

ORDER GRANTING LEAVE TO WITHDRAW

This matter comes before the Court on James M. Owen, Jr. and Vanessa M. Vanderbrug's motion to withdraw as counsel for plaintiff Jamie Khries. Dkt. # 22. Having reviewed the papers submitted, the motion is GRANTED. Mr. Owen and Ms. Vanderbrug are no longer counsel of record for Ms. Khries. The Clerk of Court is directed to terminate their participation in this case and to include in the docket Ms. Khries' contact information:

    25710 58th Ave. Ct. East
    Graham, WA 98338

    (253) 653-7791

Ms. Khries is now proceeding pro se in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the Federal Rules of Civil Procedure. Plaintiff is specifically advised that requests for relief from the

ORDER GRANTING LEAVE
TO WITHDRAW - 1

Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. See LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 16th day of April, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE
TO WITHDRAW - 2