The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIE KHRIES, | No. 2:17-cv-01641-RSL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO COMPLETE PLAINTIFF'S CONTINUED DEPOSITION ON JULY 11, 2019 |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Complete Plaintiff's Continued Deposition on July 11, 2019. Having reviewed the Motion, and good cause appearing, the Court **GRANTS** the Motion. The Court **ORDERS** that Plaintiff shall appear for her continued deposition on July 11, 2019, and it otherwise reminds Plaintiff of the consequences of her failure to appear, as described in the Court's June 13, 2019 Order.

Dated: June 20, 2019

_/s/ Robert S. Lasnik_
THE HONORABLE ROBERT S. LASNIK
United States District Judge

[~~PROPOSED~~] ORDER
(No. 17-cv-1641 RSL)