UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE KHRIES,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

NO. C17-1641RSL

ORDER GRANTING SUMMARY JUDGMENT AND UNSEALING DEPOSITION EXHIBIT 16

This matter comes before the Court on "The Boeing Company's Motion for Summary Judgment" (Dkt. # 31) and "Motion to Seal 'Deposition Exhibit 16' in Support of its Motion for Summary Judgment (Dkt. # 35). Plaintiff has not opposed the motions. The Court, having reviewed the motions and the evidence provided by defendants, finds that summary judgment is appropriate and that motion is therefore GRANTED. The Court declines to seal Deposition Exhibit 16, however. Boeing relies upon and publicly reveals certain provisions of the exhibit. Having breached the confidentiality agreement to expose provisions it deems favorable, Boeing cannot insist on keeping less favorable provisions confidential.

For all of the foregoing reasons, the Clerk of Court is directed to unseal Dkt. # 36 and enter judgment in favor of defendant and against plaintiff.

ORDER GRANTING SUMMARY
JUDGMENT AND UNSEALING
DEPOSITION EXHIBIT 16- 1

Dated this 23rd day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING SUMMARY
JUDGMENT AND UNSEALING
DEPOSITION EXHIBIT 16- 2